**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY EARL WILSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Case No.14-CR-0070AWI-BAM |
| | ) |
| Plaintiff, | ) |
| | ) **DEFENDANTS REQUEST AND WAIVER** |
| vs. | ) **OF APPEARANCE; ORDER** |
| | ) |
| TIMOTHY EARL WILSON, | ) |
| | ) |
| Defendant | ) |

Defendant, TIMOTHY EARL WILSON, hereby waives his appearance in person in open court upon the status conference set for Monday, October 27, 2014 at 1:00 p.m. in Courtroom Three of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date: 10/23/14                                         */s/Timothy Wilson*_____
                                                       TIMOTHY EARL WILSON

1

**ORDER**

2        DENIED as untimely.

3

4   IT IS SO ORDERED.

5        Dated:   __**October 23, 2014**__              ___/s/ *Barbara A. McAuliffe*___

6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25