BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St.
Fresno, CA 93721

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>            v.<br><br>TIMOTHY EARL WILSON,<br><br>                Defendant. | CASE NO.  1:14-CR-00070-AWI-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

      Based upon the plea agreements entered between defendant Timothy Earl Wilson, and the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.     Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), defendant Timothy Earl Wilson's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.   Two (2) laser pointers, capable of emitting a green laser.

    2.     The above-listed assets constitute property derived from proceeds traceable to or facilitated a violation of 18 U.S.C. § 39A or is property acquired or maintained by the defendant with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b(g)(5) against the United States, citizens or resident of the United States, or their property).

    3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

1  seize the above-listed property.  The aforementioned property shall be seized and held by the United

2  States Marshals Service or the Federal Bureau of Investigation in its secure custody and control.

3       4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local

4  Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and

5  notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as

6  the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet

7  government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,

8  provide direct written notice to any person known to have alleged an interest in the property that is the

9  subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

10       b.    This notice shall state that any person, other than the defendant, asserting a legal

11  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

12  first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

13  within thirty (30) days from receipt of direct written notice, whichever is earlier.

14       5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this

15  Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and

16  28 U.S.C. § 2461(c), in which all interests will be addressed.

17       6.    The government, in its discretion, shall conduct discovery, including written discovery,

18  the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of

19  property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal

20  Procedure.

21

22  IT IS SO ORDERED.

23  Dated:   February 17, 2015                        _____
                                                   SENIOR  DISTRICT  JUDGE

24

25

26

27

28

PRELIMINARY ORDER OF FORFEITURE       2