**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
Timothy Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY EARL WILSON,<br><br>Defendant | ) Case No.: 1:14-CR-00070-AWI-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, TIMOTHY EARL WILSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, March 30, 2015 be continued to Monday, April 20, 2015.

  I have been informed by USPO Brian Bedrosian that he has recently became ill and was out of the officer for several days.  He is requesting the sentencing be continued in order to finalize the Pre-Sentencing Investigation report.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                                                Respectfully Submitted,

DATED: 02/19/15                                 */s/ David A Torres*
                                                       DAVID A. TORRES
                                                       Attorney for Defendant
                                                       TIMOTHY EARL WILSON

DATED: 2/19/15                                   */s/Karen Escobar*
                                                       KAREN ESCOBAR
                                                       Assistant U.S. Attorney

## ORDER

The sentencing hearing is continued to April 20, 2015 at 10:00a.m.

IT IS SO ORDERED.

Dated:   February 20, 2015                         _____
                                                          SENIOR  DISTRICT  JUDGE