**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY EARL WILSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>TIMOTHY EARL WILSON,<br><br>        Defendant | Case No.: 1:14-CR-00070-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, TIMOTHY EARL WILSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, April 20, 2015 be continued to Monday, May 11, 2015.

   I have been in in trial in the matter of People v. Peter Martinez and have had not had the opportunity to file a statement in mitigation.   I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing.

   The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

Stipulation and Order to Continue Sentencing

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 4/17/15                                      */s/ David A Torres*
                                                                    DAVID A. TORRES
                                                                    Attorney for Defendant
                                                                    TIMOTHY EARL WILSON


DATED: 4/17/15                                      */s/Karen Escobar*
                                                                    KAREN ESCOBAR
                                                                    Assistant U.S. Attorney


# ORDER

The sentencing hearing as to Timothy Earl Wilson previously set for April 20, 2015, is continued to May 11, 2015, at 10:00am.

IT IS SO ORDERED.

Dated:   April 17, 2015                              _____
                                                                    SENIOR  DISTRICT  JUDGE