**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY EARL WILSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY EARL WILSON,<br><br>Defendant | Case No. 1:14-CR-00070-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, TIMOTHY EARL WILSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, May 11, 2015 be continued to June 29, 2015.

I will be commencing trial in the matter of *People v. Spencer Rogers, et al*. This is a multi-defendant homicide case that is anticipated to last approximately six weeks. In the event I cannot proceed with sentencing on this day, my associate, Monica Bermudez, will appear on my behalf. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

                                                 Respectfully Submitted,

DATED: 5/7/15                                        */s/ David A Torres*
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          TIMOTHY EARL WILSON

DATED: 5/7/15                                          */s/Karen Escobar*
                                                          KAREN ESCOBAR
                                                          Assistant U.S. Attorney

## ORDER

The sentencing hearing as to Timothy Earl Wilson previously set for May 11, 2015, is continued to June 29, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  May 7, 2015                                  
                                                   SENIOR  DISTRICT  JUDGE