**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY EARL WILSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY EARL WILSON,<br><br>Defendant | Case No.: 1:14-CR-00070-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, TIMOTHY EARL WILSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, June 29, 2015, be continued to July 20, 2015.

    This plea was taken on January 20, 2015. Since that time there have been two (2) Ninth Circuit cases in dealing with 18 USC Section 39A. Counsel requires additional time to research on the offense level and calculate as well to meet and confer with counsel regarding this issue.

    The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

                                      Respectfully Submitted,

DATED: 6/26/15                             */s/ David A Torres*
                                      DAVID A. TORRES
                                      Attorney for Defendant
                                      TIMOTHY EARL WILSON

DATED: 6/26/15                             */s/Karen Escobar*
                                      KAREN ESCOBAR
                                      Assistant U.S. Attorney

## ORDER

The sentencing hearing for the above named defendant is continued from June 29, 2015, to July 20, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   June 26, 2015                             _____
                                                  SENIOR  DISTRICT  JUDGE