**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY EARL WILSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY EARL WILSON,<br><br>　　　　　Defendant | Case No.: 14-CR-00070-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

　　　**COMES NOW** Defendant, TIMOTHY EARL WILSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, July 20, 2015 be continued to Monday, August 31, 2015.

　　　On July 8, 2015, I commenced a homicide trail in the matter of *People v. Jimenez, DF011554B*, in the Kern County Superior Court.  Trial is anticipated to last approximately three weeks.  I have spoken to AUSA, Karen Escobar, and she has no objection to continuing the sentencing hearing.

　　　///

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

                                                                Respectfully Submitted,

DATED: 7/16/15                                  */s/ David A Torres*
                                                                DAVID A. TORRES
                                                                Attorney for Defendant
                                                                TIMOTHY EARL WILSON


DATED: 7/16/15                                  */s/Karen Escobar*
                                                                KAREN ESCOBAR
                                                                Assistant U.S. Attorney


## ORDER

The sentencing hearing for the above named defendant is continued from July 20, 2015, to August 31, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   July 16, 2015                          _____
                                                                SENIOR  DISTRICT  JUDGE

2