1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **EASTERN DISTRICT OF CALIFORNIA**
7
8 **UNITED STATES OF AMERICA,**          **CASE NO. 1:14-CR-0070 AWI**
9      **Plaintiff**
10     **v.**                                   **ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**
11 **TIMOTHY EARL WILSON,**
12      **Defendant**
13
14
15      On July 31, 2019, Defendant Timothy Wilson filed a motion for early termination of
16 supervised release. The Court finds that it is appropriate for the United States and the United
17 States Probation Office for the Eastern District of California to file a response, and for Defendant
18 to be given the opportunity to file a reply.
19      Accordingly, IT IS HEREBY ORDERED that:
20 1.    The United States and the United States Probation Office for the Eastern District of
21      California shall file a response to Defendant's motion within fourteen (14) days of service
22      of this order;[1]
23 2.    Defendant may file a reply to the United States' response within seven (7) days of service
24      of the United States' response;[2] and
25

---

26 [1] Factors identified in 18 U.S.C. § 3553 are to be considered in evaluating a request for early termination. To the
27 extent that the United States or the United States Probation Office opposes early termination, their response shall specifically address the relevant factors.

28 [2] If, after the Court reviews the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.

1    3.     The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 45)

2       on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated:   August 5, 2019

SENIOR DISTRICT JUDGE